B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 15−11746**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Kathryn Maag
   3414 Glenlake Drive
   Glenview, IL 60026

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9388

Employer Tax ID / Other nos.:

### DISCHARGE OF DEBTOR

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                            FOR THE COURT

Dated: <u>July 14, 2015</u>                                 <u>Jeffrey P. Allsteadt, Clerk</u>
                                                            United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 15-11746-PSH
Kathryn Maag                                                        Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: dross            Page 1 of 1            Date Rcvd: Jul 14, 2015
                             Form ID: b18           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2015.
```
db            +Kathryn Maag,    3414 Glenlake Drive,    Glenview, IL 60026-1333
aty           +Bruce de'Medici,    17W703 Butterfield Road,    #G,    Oakbrook Terrace, IL 60181-4280
23126737      +Chase Home Finance,    Glenn J. Mouridy, President,    194 Wood Avebue South, 2nd FL,
               Iselin, NY 08830-2710
23126739       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
23126740      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
23126742      +Robert Maag,    3414 Glenlake Drive,    Glenview, IL 60026-1333
23126743      +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QNNREID.COM Jul 15 2015 01:18:00      N. Neville Reid,   Fox, Swibel, Levin & Carroll, LLP,
               200 W. Madison Street,    Suite 3000,    Chicago, IL 60606-3417
23126734      +EDI: TSYS2.COM Jul 15 2015 01:18:00      Barclays Bank Delaware,    Attn: Bankruptcy,
               P.O. Box 8801,    Wilmington, DE 19899-8801
23126738       EDI: CITICORP.COM Jul 15 2015 01:18:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
               Po Box 20363,    Kansas City, MO 64195
23126735      +EDI: CHASE.COM Jul 15 2015 01:18:00      Chase *,    ATTN: Bankruptcy Department,
               P.O. Box 15298,    Wilmington, DE 19850-5298
23126736      +EDI: CHASE.COM Jul 15 2015 01:18:00      Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
23126741      +EDI: CHASE.COM Jul 15 2015 01:18:00      JPMorgan Chase*,    270 Park Avenue,
               New York, NY 10017-2014
                                                                                              TOTAL: 6
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2015                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2015 at the address(es) listed below:
```
              Bruce E de'Medici     on behalf of Attorney Bruce  de'Medici bdemedici@gmail.com
              Bruce E de'Medici     on behalf of Trustee N. Neville Reid bdemedici@gmail.com
              N. Neville Reid    nreid@fslc.com, nreid@ecf.epiqsystems.com
              Nathan C Volheim     on behalf of Debtor Kathryn  Maag courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 5
```